Case 2:18-cv-03505-AB-SS    Document 36    Filed 04/17/18    Page 1 of 3    Page ID
Case 2:15-cv-02024-JLR    Document 29-1    Filed 04/02/18    Page 1 of 3
#:480

HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NATIONAL PRODUCTS INC.,

       Plaintiff,

     v.

WIRELESS ACCESSORY SOLUTIONS,
LLC, d/b/a IBOLT – WIRELESS
ACCESSORY SOLUTIONS, LLC,

       Defendant.

Case No. 2:15-cv-02024-JLR

[PROPOSED] ORDER GRANTING
NATIONAL PRODUCTS INC.'S
MOTION TO SEAL

**NOTE ON MOTION CALENDAR:**
April 13, 2018

**JURY TRIAL DEMANDED**

     THIS MATTER is before this Court on Plaintiff National Products Inc.'s Unopposed Motion to Seal Documents Related to National Products Inc.'s Motion To Seal in Response to its Response to Order to Show Cause. No party opposes the motion. Having considered the materials filed by both parties in connection with the Motion, this Court finds that the Motion is well taken and should be granted for the reasons set forth in National Products Inc.'s motion papers.

     IT IS HEREBY ORDERED that Plaintiff National Products Inc.'s Motion to Seal is GRANTED.

     IT IS SO ORDERED.

Dated this 16 day of ____April____, 2018.

_____
Honorable James L. Robart
United States District Court Judge

[PROPOSED] ORDER GRANTING
NPI'S MOTION TO SEAL
Case No. 2:15-cv-02024-JLR

- 1 -

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511

Presented by:

FENWICK & WEST LLP


By: s/*Jonathan T. McMichael*
    David K. Tellekson, WSBA No. 33523
    Ewa M. Davison, WSBA No. 39524
    Jonathan T. McMichael, WSBA No. 49895
    Jessica M. Kaempf, WSBA No. 51666
    1191 Second Avenue, 10th Floor
    Seattle, WA  98101
    Telephone:   206.389.4510
    Facsimile:   206.389.4511
    Email:   dtellekson@fenwick.com
            edavison@fenwick.com
            jmcmichael@fenwick.com
            jkaempf@fenwick.com

*Attorney for Plaintiff*
*National Products Inc.*

[PROPOSED] ORDER GRANTING
NPI'S MOTION TO SEAL      - 2 -
Case No. 2:15-cv-02024-JLR

## CERTIFICATE OF SERVICE

I, Sharie L. Parks, hereby certify that on April 2, 2018, I caused the foregoing

**[PROPOSED] ORDER GRANTING NATIONAL PRODUCTS INC.'S MOTION TO**

**SEAL** to be served on the following parties as indicated below:

| | |
|---|---|
| **James E. Breitenbucher** (WSBA No. 27670)<br>FOX ROTHSCHILD LLP<br>1001 Fourth Avenue, Suite 4500<br>Seattle, WA 98154-1065<br><br>*Attorneys For Defendant Wireless Accessory Solutions, LLC, d/b/a iBolt – Wireless Accessory Solutions, LLC* | [ ] By United States Mail<br>[ ] By Legal Messenger<br>**[X] By Electronic CM/ECF**<br>[ ] By Overnight Express Mail<br>[ ] By Facsimile<br>[ ] By Email<br>jbreitenbucher@foxrothschild.com |
| **Marc A. Karish** (admitted *pro hac vice*)<br>KARISH & BJORGUM, PC<br>119 E. Union Street, Suite B<br>Pasadena, CA 91103<br><br>*Attorneys For Defendant Wireless Accessory Solutions, LLC, d/b/a iBolt – Wireless Accessory Solutions, LLC* | [ ] By United States Mail<br>[ ] By Legal Messenger<br>**[X] By Electronic CM/ECF**<br>[ ] By Overnight Express Mail<br>[ ] By Facsimile<br>[ ] By Email<br>marc.karish@kb-ip.com |

Dated: April 2, 2018

By: *s/Sharie L. Parks*
For Jonathan T. McMichael, WSBA No. 49895
FENWICK & WEST LLP

[PROPOSED] ORDER GRANTING
NPI'S MOTION TO SEAL
Case No. 2:15-cv-02024-JLR

- 3 -

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511