JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NATIONAL PRODUCTS INC.,<br><br>Plaintiff,<br><br>v.<br><br>WIRELESS ACCESSORY SOLUTIONS, LLC, d/b/a IBOLT – WIRELESS ACCESSORY SOLUTIONS, LLC,<br><br>Defendant. | Case No.: 2:18-cv-03505-AB (SSx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

The parties having so stipulated and agreed, it is hereby SO ORDERED. The above-referenced case is hereby DISMISSED with prejudice and without an award of costs or fees to any party.

IT IS SO ORDERED.

Dated this 15th day of April, 2019.

_____
Honorable André Birotte Jr.
United States District Court Judge